UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ROSA and RYAN WATSON, <br>     Plaintiffs, <br>   v. <br> BRIGHTLINE, INC., <br>     Defendant. | No. C 23-02132 WHA <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE** |

Plaintiffs move to consolidate "for pre-trial proceedings" three other substantially similar actions against the same defendant pursuant to Rule 42(a) (Dkt. No. 25). All counsel for plaintiffs in those similar actions join in this motion, and defendant does not oppose. Because these actions have overlapping issues of fact and law regarding the same alleged data breach involving defendant Brightline, Inc., this order finds sufficient commonality of issues and parties to warrant consolidation under Rule 42(a). To be clear, this consolidation does not apply to trial or final pretrial conferences. Plaintiffs' motion to consolidate is **GRANTED**.

The following related actions are hereby consolidated for all pre-trial proceedings:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Rosa v. Brightline, Inc.* | 3:23-cv-2132 | May 2, 2023 |
| *Jackson v. Brightline, Inc.* | 3:23-cv-2291 | May 11, 2023 |
| *Ndifor v. Brightline, Inc.* | 3:23-cv-2503 | May 22, 2023 |
| *Castro v. Brightline, Inc.* | 3:23-cv-2909 | June 13, 2023 |

The files of the consolidated action shall be maintained in one file under Master File No. C 23-02132 WHA ("Consolidated Action"), and all filings shall bear the caption:

| | |
|---|---|
| In re<br><br>DATA BREACH SECURITY LITIGATION AGAINST BRIGHTLINE, INC. | No. C 23-02132 WHA<br>No. C 23-02291 TLT<br>No. C 23-02503 MMC<br>No. C 23-02909 VC<br><br>(Consolidated) |

Under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e-mail transmission shall be permitted in addition to service via ECF notification. All deadlines in the related actions are hereby **STAYED**.

Leadership applications pursuant to Rule 23(g)(3), if at all necessary, shall be filed by **AUGUST 7, 2023**. Plaintiffs shall file a superseding consolidated amended complaint no later than **AUGUST 14, 2023**, or **7 DAYS** following the appointment of interim class counsel in the event such a motion is filed. Defendant shall have **21 DAYS** from the filing of the superseding consolidated amended complaint to file a motion to dismiss or otherwise respond to that complaint, noticed on the normal 35-day track.

**IT IS SO ORDERED.**

Dated: July 25, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE